May 12, 2023

Re: <u>Santiago v. Fischer et al</u>, 1:09-cv-01383-DC-ST

The Honorable Denny Chin
United States Circuit Judge
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Dear Judge Chin:

We write jointly to advise the Court that the Plaintiff Omar Santiago and Defendants Brian Fischer, Anthony Annucci, and Terence Tracy (together, the "Parties") have reached an agreement in principle to fully resolve this case. The Parties respectfully request that the Court adjourn all deadlines currently in place in this matter, including the upcoming pre-trial conference and trial, *sine die*. The Parties are working diligently to finalize settlement documentation, following which a stipulation to dismiss this action will be filed.

Respectfully submitted,

<u>/s/ Marie Killmond</u>

Marie Killmond
*Attorney for Plaintiff*

<u>/s/ Michael Keane</u>

Michael Keane
*Attorney for Defendants*

<u>Electronic Filing</u>

cc:   All counsel of record (via ECF)